# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: PETITION TO ELIMINATE       :   NO. 541
MAGISTERIAL DISTRICT COURT 32-1-   :
31 PRIOR TO ORIGINAL SCHEDULED     :   MAGISTERIAL RULES DOCKET
ELIMINATION DATE                   :

## ORDER

**PER CURIAM**

 **AND NOW**, this 26th day of April, 2024, upon consideration of the Petition to Eliminate Magisterial District Court 32-1-31 Prior to the Original Scheduled Elimination Date, it is hereby ORDERED AND DECREED that Petition is granted. By Order dated February 3, 2023, Magisterial District Court 32-1-31 was scheduled for elimination effective January 3, 2028. Magisterial Districts 32-1-30 and 32-1-32, within Delaware County, were also to be realigned, effective January 3, 2028. Due to an early judicial vacancy, Magisterial District Court 32-1-31, within Delaware County, shall be eliminated effective September 3, 2024, and Magisterial Districts 32-1-30 and 32-1-32, within Delaware County, shall be realigned, effective September 3, 2024.

 Said Magisterial Districts shall be as follows:

Magisterial District 32-1-30
Magisterial District Judge George B. Dawson

*Effective 9/3/24:*
 Eddystone Borough
 Rutledge Borough
 Ridley Township, Wards 1, 2, 3, 5, 6, 7, 8, 9

Magisterial District 32-1-32
Magisterial District Judge Michael F. Culp

*Effective 9/3/24:*
 Morton Borough
 Ridley Township, Ward 4
 Springfield Township, Wards 1-1, 1-2, 2-1, 2-2, 2-3, 3, 4, 5, 7